UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

Sixto Hilario-Cano

           Defendant.

Case No. 18CR5320-GPC

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1326 (a),(b) – Attempted Reentry of Removed Alien (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/18/2019

Hon. Gonzalo P. Curiel
United States District Judge